In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-17-00253-CV
_____

**JANENE R. RANDALL, Appellant**

**V.**

**CHRISTOPHER M. RANDALL, Appellee**

**On Appeal from the County Court at Law No. 3**
**Montgomery County, Texas**
**Trial Cause No. 17-01-01278-CV**

**MEMORANDUM OPINION**

The trial court signed a final judgment on February 8, 2017. Janene R. Randall filed a notice of appeal but failed to file a brief. On May 15, 2018, we notified the parties that Appellant's brief had not been filed, and we warned Appellant that her failure to file a brief could result in a dismissal of the appeal for want of prosecution. On May 29, 2018, we notified the parties that the appeal would be submitted to the Court on June 19, 2018, without briefs and without oral argument. *See* Tex. R. App. P. 39.8.

1

In the absence of a brief assigning error for appellate review, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1); Tex. R. App. P. 42.3(b).

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on June 19, 2018
Opinion Delivered July 26, 2018

Before McKeithen, C.J., Kreger and Johnson, JJ.